Date: 10/14/10        **DIVIDENDS REMITTED TO THE COURT**        Page: 1

*R# 151131  $1.72*

Case Number 08-13210 - PRELL, AUDREY

| Creditor | Claim No. | Check | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| Midwest Medical Group<br>1380 Compton Rd.<br>Cincinnati, OH 45231 | 000002 | 103 | 24.27 | 0.86 |
| Southern Ohio Medical, Inc.<br>P.O. Box 415 25800 St. Rt. 41<br>Peebles, OH 45660 | 000003 | 104 | 24.27 | 0.86 |
| ---------- Remittance Total --------------- | | | 48.54 | 1.72 |

_____
ALAN J. TREINISH, TRUSTEE

FILED 10 OCT 15 PM 12:09 U.S. BANKRUPTCY COURT CLEVELAND, OHIO